IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30830
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN B. TENCER,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 92-570-C
- - - - - - - - - -
October 19, 1998

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

Court-appointed counsel for Steven B. Tencer has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Our independent review of the brief and the record discloses no nonfrivolous issue.  Accordingly, counsel's motion to withdraw is GRANTED.  Counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

---

[1]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.